UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62434-CIV-DIMITROULEAS

MABEL FLORES, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

CALIFORNIA PET PARTNERS, LLC
d/b/a DR. MARTY,

    Defendant.
_____/

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 24], filed June 6, 2023. Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Joint Stipulation [DE 24] and being otherwise advised in the premises, it is **ORDERED and ADJUDGED** as follows:

1. The Joint Stipulation [DE 24] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to the claims of any unnamed member of the alleged class;

3. All parties shall bear their own attorney's fees and costs except as otherwise agreed;

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of June, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record